■ In the Matter of NATIONWIDE MUTUAL INSURANCE COMPANY, Appellant, v HARRY ROTHBART et al., Respondents. [632 NYS2d 481] —In a proceeding pursuant to CPLR article 75 to stay arbitration, the petitioner appeals from an order of the Supreme Court, Westchester County (Nastasi, J.), entered March 8, 1994, which denied the application.

Ordered that the appeal is dismissed, without costs or disbursements.

By participating in the arbitration with the respondents, the petitioner has waived its right to appeal (see, Matter of Beagle [MVAIC], 19 NY2d 834). Sullivan, J. P., Copertino, Pizzuto and Krausman, JJ., concur.